UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6315** CR - DIMITROULEA

18 U.S.C. § 911

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA, )
)
            Plaintiff, )
vs. )
)
ALSONA PATRICIA HENRY )
  a/k/a Sonia ~~Patrick~~ Henry, )
         PATRICIA ᕍR )
            Defendant. )
_____ )

### INDICTMENT

The Grand Jury charges that:

On or about September 10, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**ALSONA PATRICIA HENRY**
**a/k/a Sonia Patrick Henry,**

an alien, did falsely and willfully represent herself to be a citizen of the United States, in that she presented a birth certificate from the State of California, claiming this to be her own birth certificate, in an attempt to gain entry into the United



States, in violation of Title 18, United States Code, Section 911.

A TRUE BILL

*Leonard Roth*
FOREPERSON

*[signature]*
GUY A. LEWIS
UNITED STATES ATTORNEY

*[signature]*
BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**         CASE NO. _____

v.

ALSONA PATRICIA HENRY
a/k/a Sonia Patrick Henry            **CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**
**Court Division:** (Select One)     New Defendant(s)      Yes ___  No ___
                                     Number of New Defendants  ___
___ Miami  ___ Key West              Total number of counts    ___
_X_ FTL    ___ WPB ___ FTP

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:         (Yes or No) _NO_____
    List language and/or dialect    _English_____

4.  This case will take _2-3_ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                          (Check only one)

    I    0 to 5 days         _X_      Petty    ___
    II   6 to 10 days        ___      Minor    ___
    III  11 to 20 days       ___      Misdem.  ___
    IV   21 to 60 days       ___      Felony   _X_
    V    61 days and over    ___

6.  Has this case been previously filed in this District Court? (Yes or No) _No_
    If yes:
    Judge: _____    Case No. _____
    (Attach copy of dispositive order)

    Has a complaint been filed in this matter?(Yes or No) _____No_____
    If yes:
    Magistrate Case No. _____
    Related Miscellaneous numbers:_____
    Defendant(s) in federal custody as of _September 10, 2000 (Krome)_
    Defendant(s) in state custody as of _____
    Rule 20 from the _____  District of _____

    Is this a potential death penalty case? (Yes or No) _____No_____

7.  Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No If yes, was it pending in the Central Region? _
    ___ Yes ___ No

8.  Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

                                     _____
                                     BRUCE O. BROWN
                                     ASSISTANT UNITED STATES ATTORNEY
                                     Florida Bar No. 999490

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: ALSONA PATRICIA HENRY a/k/a Sonia Patrick Henry   No.: _____

Count # 1:
Falsely and willfully represented herself to be a citizen of the United States; in violation of
18 U.S.C. § 911.

*Max Penalty: 3 years' imprisonment; $250,000 Fine

Count # :

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count # :

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96