AO 442 (Rev. 12/85) Warrant for Arrest  AUSA BRUCE O. BROWN; INSPECTOR ANGELA LEAR 356-7790 Ext.109

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

ALSONA PATRICIA HENRY
a/k/a Sonia ~~Patrick~~ Henry
  Patr uo

**WARRANT FOR ARREST**

CASE NUMBER: **00-6315**
,R - DIMITROULEAS
MAGISTRATE JUDGE
SNOW

**TO:** **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest __ALSONA PATRICIA HENRY a/k/a Sonia ~~Patrick~~ Henry__ (Patricia)

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Falsely and willfully represented herself to be a citizen of the United States,

in violation of Title __18__ United States Code, Section(s) __911__

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ __Pre-Trial Detention__

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

November 2, 2000, Fort Lauderdale, Florida
Date and Location

by Barry S. Seltzer, United States Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |