## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | ALSONA PATRICIA HENRY (J) | CASE NO: | 00-6315-CR-DIMITROULEAS |
| AUSA: | BRUCE BROWN  /Dehnke/ | ATTY: | /Denke/ |
| AGENT: | INS | VIOL: | 18:911 |
| PROCEEDING: | I/A ON INDICTMENT | RECOMMENDED BOND: | PTD |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | FPD |
| BOND SET @: | | To be cosigned by: | |

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone: _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

*Advised of Charges*
*sworn for apptmnt*
*of Counsel*

FILED by D.C.
NOV 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | 11-9 | 10:30 | SNOW | ✓ |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 11-27 | 11 | BSS | ✓ |

DATE: 11-6-00  TIME: 11:00  FTL/LSS TAPE # 00 - 055  Begin: 1240  End: 1427

