```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO. 00-6315-CR-DIMITROULEAS
    UNITED STATES OF AMERICA

              vs

                                    ARRAIGNMENT INFORMATION SHEET
         ALSONA PATRICIA HENRY
```

FILED by __ D.C.
NOV - 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

   The above named Defendant appeared before Magistrate Judge Lurana S. Snow on NOVEMBER 6, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

```
      DEFENDANT:            Address: CUSTODY
                                     _____

                            Telephone:_____
      DEFENSE COUNSEL:      Name:    FPD
                            Address: _____

                                     _____

                            Telephone:_____
      BOND SET/CONTINUED:   $_____
Bond hearing held: yes_____ no_____ Bond hearing set for_____
Dated this  6TH   day of    NOVEMBER       , 2000.
                                        CLARENCE MADDOX
                                        COURT ADMINISTRATOR/CLERK OF COURT

                                        By: _____
                                            Deputy Clerk
                                            Tape No.  00- 055

cc: Copy for Judge
    U. S. Attorney
```

