UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55537-004

UNITED STATES OF AMERICA )
              Plaintiff  ) Case Number: CR 00-6315-CR-WPD
                         ) REPORT COMMENCING CRIMINAL
    -vs-                 )         ACTION
                         )
Sonia P. Henry           )
         Defendant

TO: Clerk's Office    MIAMI   FT. LAUDERDALE   W. PALM BEACH
    U.S. District Court       (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

Check U.S. Marshals w/s
U.S. Thomas w/s
St. under the name
Barbara Knight

FILED by _____ D.C.
NOV 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 10/20/00    (a)m/pm

(2) Language Spoken: english

(3) Offense(s) Charged: False Claim to USC

(4) U.S. Citizen  [ ] Yes  [X] No  [ ] Unknown

(5) Date of Birth: 8/30/59

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint  To be filed/Already filed
    case#

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SJFla

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $ PTD nay.
Who set Bond: Snow

(7) Remarks: _____

(8) Date: 10/20/00    (9) Arresting Officer: LEAR
(10) Agency: INS          (11) Phone: 954-356-7190
(12) Comments: _____