AO 442 (Rev. 12/85) Warrant for Arrest   AUSA BRUCE O. BROWN; INSPECTOR ANGELA LEAR 356-7790 Ext.109

# *United States District Court*

SOUTHERN DISTRICT OF FLORIDA    519901

UNITED STATES OF AMERICA

V.

ALSONA PATRICIA HENRY
a/k/a Sonia Patrick Henry

**WARRANT FOR ARREST**

**CASE NUMBER: 00-6315-DIMITROULEAS**
MAGISTRATE JUDGE SNOW

**TO:** **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest ALSONA PATRICIA HENRY a/k/a Sonia Patrick Henry

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Falsely and willfully represented herself to be a citizen of the United States,

in violation of Title 18 United States Code, Section(s) 911

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ Pre-Trial Detention

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

November 2, 2000, Fort Lauderdale, Florida
Date and Location

by Barry S. Seltzer, United States Magistrate Judge
Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11/2/00 | James A. Tassone United States Marshal Southern District of Florida | |
| DATE OF ARREST 11/6/00 | | Edward Purchase, SDUSM |