## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: ALSONA PATRICIA HENRY (J)   CASE NO: 00-6315-CR-DIMITROULEAS

AUSA: BRUCE BROWN   ATTY: FPD

AGENT:   VIOL:

PROCEEDING: PTD HEARING   RECOMMENDED BOND: PTD

BOND HEARING HELD - yes / no   COUNSEL APPOINTED:

BOND SET @: $50,000 CSB w/ (stip)   To be cosigned by: Nelfra

[FILED by / NOV 9 2000 / CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Gov't reserves the right to request PTD should deft become eligible for bond.

**NEXT COURT APPEARANCE:** | **DATE:** | **TIME:** | **JUDGE:** | **PLACE:**

INQUIRY RE COUNSEL:

PTD/BOND HEARING:

PRELIM/ARRAIGN. OR REMOVAL:

STATUS CONFERENCE:

DATE: 11-9-00   TIME: 10:30   FTL/LSS TAPE # 00 - 056   Begin: 2190   End: 2240

