U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Alonsa Patricia Henry (no deft)   CASE NO: 00-6315-CR-Dimitrouleas
AUSA: Bruce Brown /Barsdfeld   ATTNY: FPD Hunt
AGENT: _____   VIOL: _____
PROCEEDING: Status Conference   BOND REC: _____
BOND HEARING HELD - yes/no   COUNSEL APPOINTED: _____
____ BOND SET @ _____
CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
(2) ____ Halfway House
    ____ Electronic Monitoring

Discovery out
2-3 days to try

Δ - needs 2 weeks for
mots - Granted

NEXT COURT APPEARANCE: _____ DATE: _____ TIME: _____ JUDGE: _____
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____
DATE: 11-27-00   TIME: 11:00am   TAPE # 00-094   PG # 2

216—228