UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6315 CR-DIMITROULEAS

UNITED STATES OF AMERICA,

VS.

ALSONA PATRICIA HENRY,

Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on November 27, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter would require two to three days to try.

2. Defense counsel informed the Court that he has received the Government's discovery response. Counsel, however, requested and was granted two additional weeks within which to file pretrial motions.

DATED at Fort Lauderdale, Florida this ___ day of November 2000.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable William P. Dimitrouleas
United States District Judge

Bruce Brown, Esquire
Assistant United States Attorney

Federal Public Defender's Office
Attorney for Defendant