**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _____ D.C.

DEC 0 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

CASE NUMBER: *00-6315-Cr-WPD*    DATE: *December 8, 2000*

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. *Desma Patricia Hany*

U.S. ATTORNEY: *Bruce Brown*    DEFT. COUNSEL: *Patrick Hunt*

REASON FOR HEARING: *Calendar Call / Status conference*

RESULT OF HEARING: *Deft's m/ Continue is granted.*
*the Court finds that the time from today*
*until trial is deemed Excludable. Case*
*to be Resolved by way of plea. If plea*
*does not go through on thursday*
*Court will give a trial date.*

_____

_____

CASE CONTINUED TO: *12/14/00*    TIME: *1:00*    FOR: _____

MISC: _____

_____