**CRIMINAL MINUTES**

FILED DEC 14 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6315-CR-WPD        DATE: December 14, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____        INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Alisma Patricia Henry

U.S. ATTORNEY: Bruce Brown        DEFT. COUNSEL: Patrick Hunt, AFPD
Larry Bardfeld

REASON FOR HEARING: Change of plea

RESULT OF HEARING: — plea did not go forward. Deft decides she wants to go to trial and wants a new attorney. Court continues the case and finds that the time from today until trial is deemed excludable.

CASE CONTINUED TO: 1/26/01    TIME: 9:00    FOR: Cal Call
MISC: 1/29/01    2 week trial period

