UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

V.                               CASE NO. 00-6315-CR-DIMITROULEAS

ALSONA PATRICIA HENRY

---

TYPE OF CASE:                    CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **RE-SET** AS FOLLOWS:

---

PLACE:
299 E. BROWARD BLVD.                COURTROOM 203E
FT. LAUDERDALE, FL 33301            DATE & TIME:
                                    **January 23, 2001 AT 9:15 A.M.**
                                    **(Previously set for 1/26/01 at 9:00)**

---

TYPE OF       Calendar Call/Status Conference
HEARING:

CLARENCE MADDOX,
CLERK OF COURT

BY DEPUTY CLERK

DATE:   January 10, 2001


cc:   Bruce Brown, AUSA
      Patrick Hunt, AFPD

