**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6315-CR-WPD     DATE: January 23, 2001

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA  VS.  Aleona Patricia Henry

U.S. ATTORNEY: Larry Bardfeld     DEFT. COUNSEL: Patrick Hunt
    Mr. Bruce Brown

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Court grants deft's motion to determine competency & have deft evaluated. Patrick Hunt to prepare order. Court resets case & finds the time from today until trial is deemed excludable.

CASE CONTINUED TO: 3/23    TIME: 9:00    FOR: Cal Call
MISC: 3/26                                 2 week time period.