UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JAN 23

UNITED STATES OF AMERICA,
Plaintiff,

CASE NO. 00-6315-CR-DIMITROULEAS

vs.

**ORDER GRANTING CONTINUANCE**

ALSONA PATRICIA HENRY
Defendant.
_____/

This matter having come before the Court on January 23, 2001 on Defendant's Motion to

Continue. After due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to the two-week trial

calendar commencing March 26, 2001 at 9:00 A.M. o'clock, or as soon thereafter as the case

may be called. **Counsel and Defendant shall report to a Calendar Call** to be held on

**March 23, 2001, at 9:00** A.M. o'clock.. It being further

ORDERED that the period from the date of this order to the time of trial shall be deemed

excludable in computing the time within which the trial of this case must commence pursuant to

Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by

continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED this ___23___ day of January, 2001

WILLIAM P. DIMITROULEAS
United States District Court Judge
Southern District of Florida

cc:   Bruce Brown, AUSA
      Patrick Hunt, AFPD

