UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6315-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALSONA HENRY,

    Defendant.
_____/



## **ORDER FOR PSYCHOLOGICAL EVALUATION**

THIS MATTER has come before the Court upon the Defendant's arrest on an indictment alleging a violation of 18 U.S.C. § 911. The parties have agreed that the defendant needs to undergo psychiatric evaluation to determine her competency and sanity at the time of the offense, and the parties have jointly moved the Court to order the BOP to perform such an evaluation. The defendant currently being incarcerated at the Federal Detention Center in Miami, Florida, it is hereby

**ORDERED AND ADJUDGED**:

1.    The motion for psychiatric examination is GRANTED.

2.    The Bureau of Prisons is hereby DIRECTED to conduct a full psychiatric examination of the defendant Alsona Henry, Reg. No. 55537-004, to be completed within 45 days of the date of this order, as provided by 18 U.S.C. §4247(b). This examination shall be conducted in a suitable facility closest to the Southern District of Florida.



3. The examination shall address the defendant's sanity at the time of the offense (pursuant to 18 U.S.C. § 4242) and her present competence to stand trial (pursuant to 18 U.S.C. § 4241).

4. The examiner designated to conduct the examination shall prepare a report pursuant to 18 U.S.C. § 4247(c) (including the findings required therein), and shall submit the report to the Court, with copies to Assistant United States Attorney Bruce Brown and Assistant Federal Public Defender Patrick M. Hunt.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this ___ day of January, 2001.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Patrick M. Hunt, AFPD
Bruce Brown, AUSA
Monica Wetzel, Warden, Federal Detention Center, Miami, Florida (certified)
Rick De Aguiar, Esq., Legal Dept., Federal Detention Center, Miami, Florida (certified)