## CRIMINAL MINUTES

FILED by _____ D.C.
MAR 2 3 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6315-Cr-WPD    DATE: March 23, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Alsima Patricia Henry

U.S. ATTORNEY: Bruce Brown    DEFT. COUNSEL: Pat Hunt

REASON FOR HEARING: Calendar Call / Status Conf.

RESULT OF HEARING: Gov'y & Deft's motion to continue is granted. Case is reset for trial. Court finds the time from today until trial deemed excludable. Deft not present as she is undergoing psych. evaluation.

CASE CONTINUED TO: 4/27    TIME: 9:00    FOR: Cal Call
MISC: 4/30/01    2 week trial period