## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by DTC D.C.
APR 27 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6315-CR-WPD    DATE: 04-27-01

COURTROOM CLERK: Deborah Christine    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    ALSONA PATRICIA Henry

U.S. ATTORNEY: Jeffrey Kay    DEFT. COUNSEL: Patrick Hunt, AFPD
Bruce Brown

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Deft present with Atty.
Jury Selection set for 4-30-01

JUDGMENT: _____

CASE CONTINUED TO: 4-30-01    TIME: 9:00 AM    FOR: Jury Selection

MISC: _____