

REC'D by _____ D.C.

MAY 2 2001

MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

FILED by ____ D.C.

APR 3 0 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6315-CR-WPD     DATE: April 30, 2001

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA     VS. Alona Patricia Heary

U.S. ATTORNEY: Bruce Brown     DEFT. COUNSEL: Patrick Hunt

REASON FOR HEARING: Criminal Jury Selection & trial Day 1

RESULT OF HEARING: Jury voir dire.
Opening Statement (Gvt) Deft defers
opening
Gvt's case in chief. Gvt Rests
Deft's Rule 29 Motion for Judgment
of acquittal is Denied. Deft's Case
Deft Rest. Charge conf held.

CASE CONTINUED TO: 5/1/01     TIME: 9⁰⁰     FOR: Day 2

MISC: _____

