**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**
Filed D.C.
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6315-CR-WD    DATE: May 1, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Alona Patricia Heary

U.S. ATTORNEY: Bruce Brown    DEFT. COUNSEL: Patrick Hunt

REASON FOR HEARING: Jury Trial Day 2

RESULT OF HEARING: Closing arguments. Court instructs jury. Jury deliberations. Verdict Reached. Guilty as to Count 1. Jury polled.

CASE CONTINUED TO: 7/13/01    TIME: 11:30    FOR: Sentencing

MISC: _____

