# United States District Court

_Southern_ DISTRICT OF _Florida_

USA v. Alsona Patricia Henry

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6315-Cr-WPD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William P. Dimitrouleas | Bruce Brown, AUSA | Patrick Hunt, AFPD |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/30/01, 5/1/01 | Bob Ryckoff | Ken Carlton |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 4/30/01 | | | Inspector Clint Lamm |
| 1 | | 4/30/01 | | ✓ | Birth Certificate |
| 2 | | 4/30/01 | | ✓ | Social Security Card |
| 3 | | 4/30/01 | | ✓ | Air Jamaica ticket |
| 4 | | 4/30/01 | | ✓ | California D.L. |
| 5 | | 4/30/01 | | ✓ | California I.D. Card |
| 6 | | 4/30/01 | | ✓ | Florida I.D. Card |
| 7 | | 4/30/01 | | ✓ | N.Y. Assistance Card |
| 8 | | 4/30/01 | | ✓ | $8.00 check (refund from Calif) |
| 9 | | 4/30/01 | | ✓ | Fingerprints |
| 10 | | 4/30/01 | | | Fingerprints (A-file) |
| 11 | | 4/30/01 | | ✓ | Fingerprint report |
| 12 | | 4/30/01 | | ✓ | U.S. Application for passport |
| ✓ | | 4/30/01 | | | Inspector Judith Barnes |
| ✓ | | 4/30/01 | | | Sanjeeta Varsani |
| ✓ | | 4/30/01 | | | Inspector Angela Lear-Hernandez |
| 13 | | 4/30/01 | | ✓ | Virgin Islands |
| 14 | | 4/30/01 | | ✓ | Passport |
| 15 | | 4/30/01 | | ✓ | Virgin Islands |
| 16 | | 4/30/01 | | ✓ | Photographs |
| ✓ | | 4/30/01 | | | John Lazzaretto |
| | ✓ | 4/30/01 | | | Alsona P. Henry |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _1_ Pages