UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALSONA PATRICIA HENRY,

    Defendant.

_____/

CASE NO. 00-6315-CR-DIMITROULEAS

**VERDICT**

FILED by _____ D.C.

JULY 5 1 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

WE, THE JURY, FIND: the Defendant ALSONA PATRICIA HENRY,

**As to Count I**   ___✓___   _____
               GUILTY    NOT GUILTY

as charged in the Indictment.

So say we all.

_____
FOREPERSON

_____5-1-01_____  10:30 a.m.
DATE