# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

USA
Plaintiff(s)

vs.

Yisma Patricia Henry
Defendant(s)

Case No. 00-6315-CR-WPD

FILED by _RB_ D.C.

MAY 1 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
  Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
  Item Nos. _____

☐ Stored by Records Section in:   ❑ Miami   ❑ Ft. Lauderdale   ❑ West Palm Beach
  Item Nos. _____

☒ Other (Explain): _All Government Exhibits_

☐ Attachments
  (Exhibit List, Order of Court)

SIGNATURE: _____
PRINT NAME: Bruce D Brown
AGENCY OF FIRM: AUSA
ADDRESS: _____
TELEPHONE: 356-7255 ext 3508
DATE: 5-1-01

EXHIBITS RELEASED
BY: _____
(Deputy Clerk)

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record

33/0