UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6315-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALSONA HENRY,

Defendant.
_____/

**NIGHT BOX FILED**
JUN 1 9 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## DEFENDANT'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

Defendant, Alsona Henry, respectfully files the following objections to the Presentence Investigation Report (PSI) prepared in this case:

**Paragraph 13.** Defendant maintains that she has never previously been deported, therefore the two level increase would not apply.

**Paragraph 22.** Defendant maintains that she has never been convicted for entry without inspection under the name Barbara Knight. Therefore there should be no Criminal History points assessed.

**Paragraph 26.** Defendant admits that she was arrested on this occasion but maintains her innocence.

**Paragraphs 27 and 28.** Defendant maintains that she was not arrested for these offenses, nor did she fail to appear. She received a ticket, and the cases were "thrown out."



**Paragraph 30.** Defendant maintains she was never arrested in Chicago and has never been to Chicago.

>KATHLEEN WILLIAMS
>FEDERAL PUBLIC DEFENDER
>
>By: _____
>
>Patrick M. Hunt
>Assistant
>Federal Public Defender
>Attorney for Defendant
>Florida Bar No. 571962
>One East Broward Blvd., Suite 1100
>Ft. Lauderdale, Florida 33301
>(954) 356-7436
>FAX 954/356-7556

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing objections were mailed/delivered this 19th day of June, 2001 to Bruce Brown, Assistant United States Attorney at 299 East Broward Blvd., Ft. Lauderdale, FL 33301, and to USPO Debra Speas, at 300 N.E. 1st Avenue, Miami, FL 33132.

_____
Patrick M. Hunt