**CRIMINAL MINUTES**

FILED by _____ D.C.
JUL 1 ? 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6315-CR-WPD   DATE: July 13, 2001

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: Deidre   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Wesna Patricia Henry

U.S. ATTORNEY: Bruce Brown   DEFT. COUNSEL: Patrick Hunt

REASON FOR HEARING: sentencing

RESULT OF HEARING: Sentence Imposed;
4 months BOP, 1 years supervised
release, no fine, $100 assessment.
If ordered deported, the Deft shall remain
outside the United States.

CASE CONTINUED TO: _____  TIME: _____  FOR: _____
MISC: Deft Informed of Right to Appeal

37