UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6315-CR-DIMITROULEAS

    Plaintiff,

vs.

ALSONA PATRICIA HENRY,

    Defendant.
_____/

FILED by _____ D.C.
SEP 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### NOTICE OF RECEIPT

THIS CAUSE having been heard upon the Court's own motion and the Court having received correspondence from the Defendant hereby gives notice of receipt of the attached letter dated August 29, 2001 and requesting an appeal.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of September, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Alsona Henry, #55537004
c/o Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, Texas 76127

Bruce Brown, AUSA

Patrick Hunt, AUSA (w/enclosure)

(1)

Judge I am asked For a Appeald In my case. I was Convicted Wrongfull I was not Deported From none way. Thank you SIR

Sonia Henry
Alsona P Henry
555 37 004
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
Institution
Federal medical Center Carswell
P.O Box 27066
Fort Worth Texas
76127

Dear Judge William How are you doing. SIR Good morning Please I am asked you For your help For an a Appeald In my case Becouse I am not guilti of them charg- of Deported From none County or State I nover Undestand Full what was going on. I was Set up Becous I do not take pleaded guily to so that I was Deported. SIR I con not pleaded guily, went I was not Deported.

JUDGMENT In A CRIMINAL CASE For offenses Committed on a After November 1 1987.

Judge William please I am aske you to Listing to me. I am asked you to Check were I was Liveing In. CAIP Inglewood my Address. At 818 N Euclo Ave. and my Phone number, and my Children gregory Bennett and Eric Richard School on Market St. and Centeanela Ave and LA Brea Ave. a Boy Supperniakt was next to the First Luther School and Church, I go to the Church too

(2)

MS Bennett or Henry. I was now at the Church, and school.
Jugde William.
my Son Micheal Andrew Bennett JR was Born 1987 02-26- my Son was not one at that Time my daughter Kameta was not going to school at that Time the kids them Father Micheal Bennett was In Prison was talking to me on my Phone. at this Address 818 N Euclibos In Inglewood, I mov In 1988 J Some date to 540 have Green Ave # 9 Inglewood. In this Time, I never have none documet to Leave the United State or none one to take Care of my Children the Father was In prison. I could not Leave my children

Jugde William I wood Like you to Check the Inglewood. Police Dept a Incedent that happyed I 1987 With my son gregory Bennett. I Leavse gegory to go to Latin Matt to Wash Some Cloth. and Leeuse the Biges Son Eric to Watced the Cloth that I con Watced gregory, and the Two Small one I Went to Picked up Eric a Return Back Home gregory was playing With a Bad Phone and Call 911 Inglewood Police Dept the Police came and pick up Kameta micheel JR. and gregory; I went to the

Police DEPT to Pick up Both kids. But gregory was cry that I was going to Beast him for Playing with the Phone, the officer give me Back Two small one. But said that them or going to keep gregory this was a Saturday. one the welfare DEPT keep gregory to the Wen day, at the Court day the Jugde. gue me Right of gregory or custor. All kids, and this happy In 1st 87, and the Jugde order me To go to preant class for six month a Inglewood, hight School; and the six month is from 1987 to 1988.

Judge please look at this how can I Depowted From Sonic County or State In date November 1 1987. this con not Right

Judge my life is set up over drug and drug money. I do nutthing whong the prosecution went I to pleaded guily, them know what is going on In my life

Judge I have a Restrauning order that Father Bill Clenton I write and him let I get It the INS In San Diego Calif give to me I went do the INS Office, and make a report

about my Children was Kidnapped. out the United State. From 1990 down to Jamaica Hided away I could not talk or Call my Children or mother Because I was Tap and Running all over State Buy Some Tampaa SHERIFF Police officer. my problem Started. With Two Brother. I was talked to one of the Brother Biges one I meet him In San Diego Calif. and So the Smaill one wanted Be With me, But Because I do not go In Bed or Sex him this mafe murder Setted up him SHERIFF'S Police officer to Blackmail my Citizenship Green Card and Put Black on my SSN Card So that they mafe Paul and my Children Father Micheal Can kill me, and this guy micheal Can keep my Children them I Report to ⎯ Inglewood Police DEPT; and more Police DEPT I get now help. with none one

Jugde I am asked From a Correcting the mistakes In my. case this Let me embarrassed

Jugde please check this Address to see what I am talking about Address 2313 E Columbus Dr Tampaia Zip 33605 Jugde these are the guy them that I am talked about my Life or In harm to get kill.

Sexual Assaulted
my Life

Jugde one more thing about my kids —
them please check about my Two kids
that Born In the United State —
Possport Book, I am the one that —
Went and File For them passport Book
In 1990 plant For micheal Bennett and
Kaneta Bennett plant For them go In
Jamaica to Look For my mother and the
Father mother, But at the time I do
not know that Father michen have I
up In his Heat, and to Kidnop th
Children, them, three of them In
Jammich;  this is Sexual Assaulted
   Judge I aReady go In Front
the Judge In San Diego Calif; and
In NEWARK, NEW JERSEY. and It was
Dismised the Second Time In, San
Diego Calif. them was Losking For
Fronkly Grando my Bigest Son Erie Uncle

ESSEX County SHERIFF'S DEPT
ATTN: WARRANTS
EssEx County NEW COURTS BLDG
NEWARK, NEW JERSEY 07102

this is a set up Because them
Wanted to kill me. Some SHERIFFS
In Tampaer FL on working with
them drug guy and the drug guy
or worked With these murder
SHERIFF'S or the one that are doing this

SAN DIEGO POLICE
   DEPARTMENT
ATTN WARRANTS
1401 BROADWAY
SAN DIEGO CA 92101
619 531 2777 Phone
619 531 2530 FAX

858 974 2482
the Custom. taked
away my order
restraining airport
at the use number
with my In col
and my file pater
Tax

I whited these DEPARTMENT this for Shopping Cont But I wented down to the San Diego CA down Town the Court House, and talk to the Court Officer that Look up my name on the Count List the office Lady Said that my name is not on the List I asked her IF I Can go Home She Said yes. So I go Home;

COOK COUNTY SHERIFF'S DEPT
ATTN. WARRANTS
50 W WASHINGTON RCHRD J DALEY CTR
CHICAGO, IL 60602
312-603 644 Phone.  Sexual Assaulted
312 745 5221
              C2022292
08-21995 For Theft of Labor or Services
this is a Lie, the is a Set up Just
Becous them set me about Deported
these or some Lie and have
detainer Hold on me