UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,　　　　CASE NO. 00-6315-CR-DIMITROULEAS

　　　　Plaintiff,

vs.

ALSONA PATRICIA HENRY,

　　　　Defendant.
_____/

### NOTICE OF RECEIPT

THIS CAUSE having been heard upon the Court's own motion and the Court having received correspondence from the Defendant hereby gives notice of receipt of the attached letter dated August 29, 2001 and requesting an appeal.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ⎯ day of September, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Alsona Henry, #55537004
c/o Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, Texas 76127

Bruce Brown, AUSA

Patrick Hunt, AUSA (w/enclosure)



(1)
Judge I am asked
For a Appeald In my case
I Was Convicted Wrong Full
I Was not Deported From
none way,
      Thank you
           SIR

SONIA HENRY
ALSONA P HENRY
555 37 004
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
Institution
Federal medical
Center Carswell
P.O Box 27066
Fortworth Texas
76127

Dear Judge William
          How are you doing. SIR
Good morning Please I am asked you For
your help For an a Appeald In my Case
Becouse I am not guilti of them charg-
of Deported From none County or State
I never Undustand Full what was going
on. I was set up Becous I do not take
pleaded guily to So that I Was Deported.
SIR I can not pleaded guily, went I
was not Deported.
           JUDGMENT In A CRIMINAL
CASE for offenses committed on a After
November 1 1987.
         Judge William please I
am aske you to Listing to me. I am asked
you to check Were I was Liveing In.
CALF Inglewood my Adduess. At 818 N
Euclo Ave and my Phone Number, and
my children gregory Bennett and Eric Richard
School on market St. and Centeanela Ave
and LA Brea Ave. a Boy Supperemaket.
Was next to the First Luther School
and Church, I go to the Church too

ms Bennett or Henry. I was now at the Church, and school.

Jugde william. my son micheal Andrew Bennett JR was Born 1987 02-26- my son was not one at that time my daughter Kameta was not going to school at that time the kids them Father micheal Bennet was In PHSon was talking to me on my Phone at this Address 818 N Eucltas In Inglewood, I mov In 1988 J Some date to' 540 have Green Ave # 9 Inglewood. In this Time, I never have none documet to Leave the United State or none one to take care of my Children the Father was In prison. I could not Leave my children

Jugde William I Wood Like you to check the Inglewood. Police DEPT a Incedent that happyed. I. 1987 With my son gregory Bennett. I Leave gegory to' go to Latin matt to wash some cloth. and Leeuse the Biges Son Enic to watced the cloth that I con watced gregory, and the Two Small one I Went to Picked up Enic a Return Back Home gregory was playing with a Bad Phone and call 911 Inglewood Police DEPT the Police came and pick up kameta micheal JR. and gregory; I went to the

My Life From

Police DEPT to Pick up Both kids. But gregory was cry that I was going to Beast him for playing with the phone; the officer give me back two small one. But said that them or going to keep gregory this was a Saturday. and the Welfare DEPT keep gregory to the Wen day, at the court day the Judge. give me right of gregory or custody All kids, and this happy In 1st 87, and the Judge order me to go to present class for six month a Inglewood, Hight School; and the six month is from 1987 to 1988.

Please look at this how can I Judge Deported from some county or state In date November 1987. this can not Right

Judge my life is set up over drug and drug money. I do nutthing wrong the prosecution want I to pleaded guly; them know what is going on In my life

Judge I have a Restrauning order that Father Bill Clenton. I white and him let I get It the INS In San Diego calif give to me I went to the INS Office, and make a Report.

about my Children Was Kidnapped out the United State. From 1990 down to JAMAICA Hided away I could not talk or Call my Children or mother Becouse I was Tap and Running all over state Buy Some Tampaa SHERIFF Police officer! my problem Started With Two Brother. I was talked to one of the Brother Biges one I meet him In San Diego Calif. and so the Small one Wanted Be With me, But Becouse I do not go In Bed or Sex him this mafe murder setted up him SHERIFF'S Police officer to Blackmail my Citizenship Green Cord and Put Black on my SSN Cord. So that they mafe paid and my Children Father Micheal Can kill me, and this guy micheal Can keep my Children them. I Report to ——— Inglewood Police DEPT; and none Police DEPT I get now help with none one

Jugde I am asked from a Correcting the mistakes In my Case this Let me embarrassed

Jugde please Check this Address to see What I am talking about Address. 2313 E Columbus Dr Tampaia zip 33605 Jugde these are the guy them that I am talked about my Life or In harm to get kill.

Sexual Assaulted
my Life

Judge one more thing about my Kids — them please check about my two kids that Born In the United State — possport Book, I am the one that — Went and File For them passport Book. In 1990 plant For micheal Bennett and Kaneta Bennett plant For them go In Jamaica to Look For my mother and the Father mother, But at the time I do not Know that Father michen have I up In his Heart, and to Kidnop the Children, them three of them In Jamaica; this is Sexual Assaulted

Judge I already go In Front the Judge In San Diego Calif; and In Newark, New Jersey. and It was Dismised the Second Time In, San Diego Calif. them Was Looking For Fronkly. Grando my Bigest Son Erie Uncle

Essex County Sheriff's Dept
ATTN: Warrants
Essex County New Courts Bldg
Newark, New Jersey 07102

this is a set up Because them Wonted to Kill me. Some Sheriffs In Tampaer FL on working with them drug guy and the drug guy or worked with these murder Sheriff's or the one that are doing this

SAN DIEGO POLICE
   DEPARTMENT
ATTN WARRANTS.
1401 BROADWAY
SAN DIEGO CA 92101
619 531 2777 Phone
619 531 2536 FAX

858 974 2482
the Custom taked
away my
restraining order
at the airport
with my SS number
and my Income
Tax file paper

I writed these DEPARTMENT
this for Shopping Cont But I wented
down to the San Diego CA down Town
the Court House, and talk to the Court
officer that Look up my name on the
Court List the officer Lady Said that my
name is not on the List I asked her
IF I Can go Home She Said yes. So I go
Home;

COOK County SHERIFF'S DEPT
ATTN. WARRANTS
50 W WASHINGTON RCHRD J DALEY CTR.
CHICAGO, IL 60602
312-603 644 Phone.  Sexual Assaulted
312 745 5221
                    C2022292
08-2 1995 For Theft of Labor or Services
this is a Lie, the is a Set up Just
Becous them set me about Deported
these or some Lie and have
detainer Hold on me.