9-21-01

FILED by _____ D.C.
SEP 28 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Dear Clerk:

00-6315-CR-WPD

MOTION FOR IFP AND APPOINTMENT OF COUNSEL

I want to appeal my case but I am indigent and do not have an attorney. Please allow me to proceed on appeal In Forma Pauperis and ask the Court to give me a court appointed attorney.

I have filled out the transcript order form to the best of my ability. If it is lacking in any way, please have appointed counsel correct it.

I would appreciate it.

Thank you,

Alsona Patricia Henry
Reg. No: 55537-004
Federal Medical Center, Carswell
Box 27137 / MHU-1N
Fort Worth, TX 76127

