UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6315-CR-DIMITROULEAS

    Plaintiff,

vs.

ALSONA PATRICIA HENRY,

    Defendant.

_____/

FILED by _____ D.C.

OCT 9 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having come before this Court on Defendant's pro se September 21, 2001 Motion For In Forma Pauperis and Appointment of Counsel, and the Court noting that the Public Defender has been previously appointed to represent the Defendant, therefore the motions are Denied as Moot. The Court has already determined indigency, and the Public Defender represents the Defendant.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 9 day of October, 2001.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Alsona Patricia Henry, #55537-004
c/o Federal Medical Center, Carswell
Box 27137 / MHU - IN
Fort Worth, Texas 76127

Patrick Hunt, AFPD

Bruce Brown, ~~AFPD~~ AUSA

