1

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                       FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,       )  CASE NO. 00-6315-CR-WPD
                                )
            Plaintiff,          )
                                )
      -v-                       )
                                )
ALSONA HENRY,                   )
                                )  Fort Lauderdale, Florida
            Defendant.          )  July 13, 2001
_____)  11:32 a.m.


                       TRANSCRIPT OF SENTENCE

             BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                         U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff          BRUCE BROWN, ESQ.
                           Assistant U.S. Attorney
                           500 East Broward Boulevard
                           7th Floor
                           Fort Lauderdale, Florida  33394

For the Defendant          PATRICK HUNT, ESQ.
                           Assistant Federal Public Defender
                           One East Broward Boulevard
                           Suite 1100
                           Fort Lauderdale, Florida  33301

Reporter                   ROBERT A. RYCKOFF
                           Official Court Reporter
                           299 East Broward Boulevard
                           Fort Lauderdale, Florida 33301
                           954-769-5657
```

# TRANSCRIPT NOT SCANNED

PLEASE REFER TO COURT FILE