

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

November 26, 2001

RE: 01-15288-B    USA v. Alsona Patricia Henry
DC DKT NO.: 00-06315 CR-WPD

TO:   Clarence Maddox

CC:   Patrick Hunt

CC:   Kathleen M. Williams

CC:   Bruce Brown

CC:   Guy A. Lewis

CC:   Anne R. Schultz

CC:   Administrative File

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

November 26, 2001

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale  FL  33301

RE: 01-15288-B    USA v. Alsona Patricia Henry
DC DKT NO.:  00-06315 CR-WPD

The enclosed certified copy of this Court's order dismissing the appeal for lack of jurisdiction is issued in lieu of the mandate of this court.

Please acknowledge receipt by returning the enclosed copy of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Dwight Briggs (404) 335-6181

Encl.

DIS-4  (1-1999)

L55

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 01-15288-B

00-6315-cr-WPD

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALSONA PATRICIA HENRY,
a.k.a. Sonia Patricia Henry,

Defendant-Appellant.

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOV 26 2001
THOMAS K. KAHN
CLERK

FILED by _____ D.C.
NOV 29 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Appeal from the United States District Court for the
Southern District of Florida

Before: **ANDERSON, Chief Judge, HULL and WILSON, Circuit Judges.**

BY THE COURT:

This appeal is DISMISSED for lack of jurisdiction. Appellant Alsona Patricia Henry's pro se notice of appeal, even if deemed filed on the August 29, 2001, date on that item, was untimely because it was not filed within ten days of the July 17, 2001, entry of the judgment and commitment order. See Fed.R.App.P. 4(b)(1)(A) & (c)(1); Houston v. Lack, 487 U.S. 266, 276, 108 S.Ct. 2379, 2385, 101 L.Ed. 2d 245 (1988). Additionally, even if deemed filed on August 29, the notice was not filed within the additional time permitted for filing a motion for extension of time to appeal and

A TRUE COPY - ATTESTED
CLERK, U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

BY: _____
DEPUTY CLERK
ATLANTA, GEORGIA

cannot be construed as such a motion. <u>See</u> Fed.R.App.P. (b)(4); <u>United States v. Ward</u>, 696 F.2d 1315, 1317-18 (11th Cir.), <u>cert. denied</u>, 461 U.S. 934 (1983).