UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                      CASE NO.  00-6315-CR-DIMITROULEAS

      Plaintiff,

vs.

ALSONA PATRICIA HENRY,

      Defendant.
_____/

FILED by _____ D.C.

FEB 0 9 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## NOTICE OF RECEIPT

THIS COURT hereby gives notice of receipt of a letter complaining about her conviction,

received in Chambers on February 8, 2005.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this

_____ day of February, 2005.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Sonia P. Henry
9 Mile Bull Bay
P.O. Box
St. Andrew, Jamaica, WI

Patrick Hunt, AFPD
Bruce Brown, AUSA

